FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 16, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DORIE FOSTER,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN MEDICAL SYSTEMS INC, et al.,<br><br>    Defendants. | NO. 2:21-CV-00306-SAB<br><br>**ORDER DISMISSING ACTION** |

Before the Court is the parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 24. The motion was heard without oral argument. Plaintiff is represented by Breanne Vandermeer Cope and Corrie Yackulic. Defendants are represented by Anne Talcott and Rachel Weil.

The parties stipulated that the above-captioned action be dismissed with prejudice and without costs to any party.

//
//
//
//
//
//

**ORDER DISMISSING ACTION** ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 24, is **GRANTED**.

2. The above-captioned action is **DISMISSED** with prejudice and without costs to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 16th day of September 2024.



Stanley A. Bastian
Chief United States District Judge

ORDER DISMISSING ACTION ~ 2